IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRANCE TYRONE BURKS**                                                                 **PLAINTIFF**
**ADC #107278**

v.                                    Case No. 4:23-cv-00023-KGB

**DONZELL LEWIS, Deputy,**
**Pulaski County Detention Facility,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 16). Plaintiff Terrance Tyrone Burks has not filed any objections to the Recommended Disposition, and the time for filing objections has passed. After careful review, the Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Defendants Deputy Donzell Lewis, Sergeant Matthew Cobb, and Sergeant Orlando Newburn's motion for summary judgment for failure to exhaust administrative remedies is granted (Dkt. No. 12).

2. The Court dismisses without prejudice Mr. Burks's claims against defendants, and the Court dismisses without prejudice defendants as parties to this action.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this the 21st day of April, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge